

U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-07
```

August 2, 2007

**By Fax**
The Honorable William H. Pauley III
United States District Court
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6390

　　　　　　Re:　　United States v. Emmanuel Oruche et al.
　　　　　　　　　　07 Cr. 124 (WHP)

Dear Judge Pauley:

　　　　This letter is respectfully submitted, on consent of all defense counsel, to request an adjournment of the pretrial conference in the above-captioned matter currently scheduled for tomorrow. The request is made for several reasons, including the fact that defense counsel and the defendants are continuing to review the voluminous discovery materials and the fact that the defendant Paul Osuji is enroute from North Carolina, but will not be here as of tomorrow. I understand from the Deputy Clerk that Your Honor could schedule the conference for September 4, 2007, at 2:30 p.m., which is a time that I have confirmed works for all defense counsel. (It is anticipated that Mr. Osuji will arrive in the district prior to that date. Per a conversation with his counsel, the Government will contact the Court to schedule an arraignment for Mr. Osuji alone shortly after he returns to the district.)

　　　　In addition, the Government respectfully requests, also on consent, that time be excluded from the Speedy Trial Act. The request is made to permit the defense to continue reviewing the discovery materials and to consider what motions, if any, to make, and to allow time for Mr. Osuji to return to the district.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Application Granted.

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.

8-2-07

　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　Jesse M. Furman
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　(212) 637-2475

The Honorable William H. Pauley III
August 2, 2007
Page 2


cc:    Jesse Siegel, Esq. (by facsimile: (212) 486-7701)
       Jeremy Gutman, Esq. (by facsimile: (212) 486-7701)
       Annmarie Hassett, Esq. (by facsimile: (212) 355-3333)
       Andrew J. Ceresney, Esq. (by facsimile: (212) 909-6836)