FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,                          :
                                                   :
                                                   :
                                                   :   07 Cr. 0124 (WHP)
             v.                                    :
                                                   :   NOTICE OF MOTION OF DEFENDANT
EMMANUEL ORUCHE, et al.,                           :   JOSEPH OLUIGBO FOR A BILL OF
                                                   :   PARTICULARS AND TO COMPEL
             Defendants.                           :   DISCOVERY
                                                   :
-------------------------------------------------------------- x

    PLEASE TAKE NOTICE that Defendant Joseph Oluigbo will and hereby does move for a bill of particulars and to compel discovery.  This Motion is based on this Notice of Motion and the accompanying Memorandum of Law and Declaration of Eric D. Meyer with attached exhibits, served and filed herewith, and such other matters as may be made or submitted in connection herewith.  We respectfully ask that this Motion be heard at a date and time convenient to the Court.

Dated: New York, New York
       October 31, 2007

                                                  Respectfully submitted,

                                                  /S/ Eric D. Meyer
                                                  Andrew J. Ceresney
                                                  Eric D. Meyer
                                                  Debevoise & Plimpton LLP
                                                  919 Third Avenue
                                                  New York, NY 10022
                                                  (212) 909-6000

                                                  *Counsel for Defendant Joseph Oluigbo*