UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
                                   v.  :     07 Cr. 0124 (WHP)
EMMANUEL ORUCHE, et al.,  :
                    Defendants.  :
---------------------------------------------------------- x

## Declaration of Eric D. Meyer

Eric D. Meyer declares:

1. I am associated with the law firm Debevoise & Plimpton LLP, counsel to defendant Joseph Oluigbo. I submit this declaration on personal knowledge in support of Defendant Joseph Oluigbo's Motion for a Bill of Particulars and to Compel Discovery.

2. Attached as Exhibit A is a true and correct copy of a letter from Andrew Ceresney, Esq. to Assistant United States Attorney Jesse Furman, dated August 9, 2007.

3. Attached as Exhibit B is a true and correct copy of a letter from Assistant United States Attorney Jesse Furman to Andrew Ceresney, Esq. dated August 17, 2007.

4. Attached as Exhibit C is a true and correct copy of the Superseding Indictment S2 07 CR 124 in this case.

5. Attached as Exhibit D is a true and correct copy of the Sealed Complaint 07 MAG 263 against Joseph Oluigbo, dated February 20, 2007.

22596106v1

2

  6. Attached as Exhibit E are true and correct copies of excerpts from the Application for Authorization to Intercept Wire Communications, dated August 30, 2006, and the Application for Continued Authorization to Intercept Wire Communications, dated September 27, 2006, produced to counsel for Mr. Oluigbo by the government in discovery in this matter.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed at New York, NY this 31st day of October, 2007:

/s/ Eric D. Meyer
Eric D. Meyer

22596106v1