

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2007

**By Mail**

Andrew J. Ceresney, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10013
Telephone: (212) 909-6947

    Re:    <u>United States v. Joseph Oluigbo</u>
           07 Cr. 124 (WHP)

Dear Mr. Ceresney:

        In response to your letter dated August 9, 2007, enclosed please find a copy of DEA Exhibit N-21, a consent to search form for 1018 East 223rd Street in the Bronx. With respect to your request for an opportunity to examine physical evidence seized from Mr. Oluigbo's residence and from Mr. Oruche's business, please call me to arrange a convenient time for such an examination. With respect to the other requests in your letter, including your request for a bill of particulars, it is the Government's position that they are beyond the scope of our disclosure obligations.

        Please contact me at your earliest convenience concerning the possible disposition of this matter or any further discovery which you may request.

                              Very truly yours,
                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

                    By:    _____
                              Jesse M. Furman
                              Assistant United States Attorney
                              (212) 637-2475

Enclosures