USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-07

**LAW OFFICE OF**
**JESSE M. SIEGEL**
251 East 61st Street
New York, New York 10065

Tel (212) 207-9009                                       Fax (212) 486-7701

NOV 0 1 2007
CHAMBERS OF
WILLIAM H. PAULEY

November 1, 2007

<u>By Fax</u>: (212) 805-6390

Hon. William H. Pauley III, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Emmanuel Oruche*, 07 Cr. 0124 (WHP).

Dear Judge Pauley:

As counsel to defendant Emmanuel Oruche in the above action, we write in reference to our request of October 30, 2007, for a 30-day extension of the motion schedule. We have spoken with counsel for all co-defendants in the case and we all agree to the exclusion of time for Speedy Trial purposes until the hearing on the motions, which is currently scheduled for January 18, 2008.

Thank you for your attention to this application.

Very truly yours,

Jesse M. Siegel

cc: Jeremy Gutman, Esq. (By Hand)
    Ann Marie Hassett, Esq. (By fax: 212-355-3333)
    Eric Meyer, Esq. (By fax: 212-909-6836)
    A.U.S.A. Joseph Facciponti (By fax: 212-637-2390)

Application Granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

11-2-07