

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2007

**BY FAX**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007
212-805-6390

    Re: **United States v. Emmanuel Oruche et. al.,**
        **07 Cr. 124 (WHP)**

Dear Judge Pauley:

    The Government respectfully submits this letter to request that the Government be allowed to file a memorandum of law in response to defendants' motions in the above-referenced case that exceeds 25 pages. The Government makes this request for two reasons: 1) the Government intends to submit one memorandum of law in response to all of defendants Oruche, Osuji, and Oluigbo's motions; and 2) defendant Oruche has filed, with the Court's permission, a memorandum of law that exceeded 25 pages, and the Government needs to adequately respond to each of Oruche's arguments.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                              United States Attorney

                    By:   **/s/ Michael M. Rosensaft**
                          Michael M. Rosensaft
                          Assistant U.S. Attorney
                          (212) 637-2366
                          (212) 637-2527 (facsimile)

cc:   Jesse M. Siegel, Esq.
      Jeremy Leonard Gutman, Esq.
      Annemarie Hassett, Esq.
      Andrew J. Ceresney, Esq.