

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2007

**By Federal Express**

Jesse Siegal, Esq.
251 East 61st Street
New York, NY 10021
Telephone: (212) 207-9009
Fax: (212) 486-7701

    Re:    United States v. Emmanuel Oruche et al.
             S1 07 Cr. 124 (WHP)

Dear Mr. Siegal:

    Pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, enclosed please find copies of a consent to search form signed by Chimdi Ibiam for 100 Lionhead Court, Baltimore MD; and documents seized during a search of that property. In addition, please note that the Government has in its possession recorded communications intercepted over telephones used by Chimdi Ibiam and Emmanuel Maduka, and linesheets thereof, as well as applications, affidavits, orders, and the like relating to the wiretaps of these telephones. If you wish to inspect those materials (or if you wish copies of them), please let me know and I will make the necessary arrangements.

    Please contact me at your earliest convenience concerning the possible disposition of this matter or any further discovery which you may request.

                        Very truly yours,
                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York

        By:   _____
                        Jesse M. Furman
                        Assistant United States Attorney
                        (212) 637-2475

Enclosures



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

August 22, 2007

**By Federal Express**

Andrew J. Ceresney, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10013
Telephone: (212) 909-6947

    Re:    United States v. Joseph Oluigbo
            07 Cr. 124 (WHP)

Dear Mr. Ceresney:

    Pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, enclosed please find copies of a consent to search form signed by Chimdi Ibiam for 100 Lionhead Court, Baltimore MD; and documents seized during a search of that property. In addition, please note that the Government has in its possession recorded communications intercepted over telephones used by Chimdi Ibiam and Emmanuel Maduka, and linesheets thereof, as well as applications, affidavits, orders, and the like relating to the wiretaps of these telephones. If you wish to inspect those materials (or if you wish copies of them), please let me know and I will make the necessary arrangements.

    Please contact me at your earliest convenience concerning the possible disposition of this matter or any further discovery which you may request.

                                   Very truly yours,
                                   MICHAEL J. GARCIA
                                   United States Attorney
                                   Southern District of New York

                 By:    _____
                                   Jesse M. Furman
                                   Assistant United States Attorney
                                   (212) 637-2475

Enclosures