UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA        :

                                :

    -v-                         :
                                              **ORDER**
                                :             S2 07 Cr. 124 (WHP)
EMMANUEL ORUCHE et al.,

                                :
        Defendant.
                                :
------------------------------------------------------------X

It is hereby ORDERED that:

1. The parties are directed to appear for a status conference on January 9, 2008 at 3:00 P.M.

2. Defendants' replies to the Government's opposition are due on January 18, 2008.

3. The Court will set a date and time for oral argument on the pending motions at the January 9, 2008 conference.

Dated: New York, New York
       January 7, 2008

                                SO ORDERED:

                                _____
                                William H. Pauley III
                                United States District Judge