UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
UNITED STATES OF AMERICA,                :
                                          :
              v.                          :
                                          :   07 Cr. 0124 (WHP)
EMMANUEL ORUCHE, et al.,                  :
                                          :
              Defendants.                 :
                                          :
                                          :
                                          :
                                          :
-------------------------------------------------------- x

## Supplemental Declaration of Eric D. Meyer

Eric D. Meyer declares:

1.  I am associated with the law firm Debevoise & Plimpton LLP, counsel to defendant Joseph Oluigbo. I submit this declaration on personal knowledge in further support of Defendant Joseph Oluigbo's Motion for a Bill of Particulars and to Compel Discovery.

2.  Attached as Exhibit A is a true and correct copy of a Press Release issued by the United States Attorney, Southern District of New York, titled, "U.S. Announces Charges Against Importers and Distributors of South Asian Heroin," dated February 28, 2007.

3.  Attached as Exhibit B is a true and correct copy of an article published in the New York Sun on March 1, 2007 titled "Officials Raid Heroin Ring That Supplied New York."

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, NY this 18th day of January, 2008:


  /s/  Eric D. Meyer
Eric D. Meyer