

March 1, 2007 Edition > Section: New York > Printer-Friendly Version

# Officials Raid Heroin Ring That Supplied N.Y.

BY Special to the Sun
March 1, 2007
URL: http://www.nysun.com/article/49589

Law enforcement authorities broke up a multinational drug racket yesterday that was trafficking Asian heroin into the city.

The organization, which was based out of Nigeria, used New York as a hub to transport heroin from Pakistan throughout the United States, a Drug Enforcement Administration official said. Couriers for the organization also transported cocaine from America back to Nigeria, where the drug is more expensive, the official said.

Four members of the organization, including kingpin Emmanuel Oruche, were arrested, according to a statement by the DEA. However, two members of the organization are still at large.

ADVERTISEMENT



ADVERTISEMENT



ADVERTISEMENT

**March 1, 2007 Edition > Section: New York > Printer-Friendly Version**