**FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

UNITED STATES OF AMERICA,                    :
                                             :
                                             :
                                             :     07 Cr. 0124 (WHP)
                        v.                   :
                                             :
                                             :     NOTICE OF MOTION OF DEFENDANT
EMMANUEL ORUCHE, et al.,                     :     JOSEPH OLUIGBO FOR SEVERANCE
                                             :     FROM CO-DEFENDANTS FOR TRIAL
                        Defendants.          :
                                             :
-------------------------------------------------------- x

PLEASE TAKE NOTICE that Defendant Joseph Oluigbo will and hereby does move for

a severance from his co-defendants for trial.  This Motion is based on this Notice of Motion and

the accompanying Memorandum of Law and Declaration of Gordon Eng with attached exhibits,

served and filed herewith, and such other matters as may be made or submitted in connection

herewith.  We respectfully ask that this Motion be heard at a date and time convenient to the

Court.


Dated:  New York, New York
        January 22, 2008

                                        Respectfully submitted,


                                        /S/ Eric D. Meyer
                                        Andrew J. Ceresney
                                        Eric D. Meyer
                                        Gordon Eng
                                        Debevoise & Plimpton LLP
                                        919 Third Avenue
                                        New York, NY 10022
                                        Tel. (212) 909-6000
                                        Fax. 212-909-6836

                                        *Counsel for Defendant Joseph Oluigbo*