**FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

UNITED STATES OF AMERICA, :
 :
   v. :
 : 07 Cr. 0124 (WHP)
EMMANUEL ORUCHE, et al., :
 :
   Defendants. :
 :

--------------------------------------------------------- x

## <u>Declaration of Gordon Eng</u>

Gordon Eng declares:

1. I am associated with the law firm Debevoise & Plimpton LLP, counsel to defendant Joseph Oluigbo.  I submit this declaration on personal knowledge in support of Defendant Joseph Oluigbo's Motion for Severance From Co-Defendants For Trial.

2. Attached as Exhibit 1 is a true and correct copy of Superseding Indictment S2 07 CR. 124 filed in this matter on June 12, 2007.

3. Attached as Exhibit 2 is a true and correct copy of a letter from Jesse M. Siegel, Esq. to the Honorable William H. Pauley III, dated November 29, 2007.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, NY this 22nd day of January, 2008:


/S/ Gordon Eng_____
Gordon Eng