UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

v.

EMMANUEL ORUCHE, et al.,

                Defendants.
------------------------------------------------------------ x

**FILED ELECTRONICALLY**

07 Cr. 0124 (WHP)

## Declaration of Gordon Eng

Gordon Eng declares:

1. I am associated with the law firm Debevoise & Plimpton LLP, counsel to defendant Joseph Oluigbo. I submit this declaration on personal knowledge in support of Defendant Joseph Oluigbo's Motions *In Limine*.

2. Attached as Exhibit A is a true and correct copy of a letter from Assistant United States Attorney Michael Rosensaft to Andrew Ceresney dated April 30, 2008 disclosing that the government may seek to introduce at trial certain testimony and evidence under Federal Rule of Evidence 404(b).

3. Attached as Exhibit B is a true and correct copy of the Certificate of Disposition of Mr. Oluigbo's conviction on June 13, 1991 issued by the Court Clerk of the Supreme Court of the State of New York, Queens County, dated May 15, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, NY this 12th day of May, 2008:

/S/ Gordon Eng_____
Gordon Eng

22731219v1