SUPREME COURT OF THE STATE OF NEW YORK      NO FEE
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NY 11415


CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 05/15/2007                    CERTIFICATE OF DISPOSITION NUMBER: 8142

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:           N12821-90
              VS.                   LOWER COURT NUMBER(S): 90Q029027
                                    DATE OF ARREST:        08/22/1990
                                    ARREST #:              Q90028429
                                    NYSID #:               6689766N
                                    DATE OF BIRTH:         03/03/1961
OLUIGDO, JOSEPH                     DATE FILED:            09/07/1990

              DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 06/13/1991 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  HANOPHY,R THEN A
JUSTICE OF THIS COURT.

CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 2nd DEGREE PL  220.18 01 AF (HEROIN)

THAT ON 07/16/1991, UPON THE AFORESAID CONVICTION BY PLEA  THE HONORABLE
HANOPHY,R  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
TO

CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 2nd DEGREE PL  220.18 01 AF (HEROIN)
  IMPRISONMENT = 4 YEAR(S)   TO LIFE


SURCHARGE = $152 (OTHER AGENCY TO COLLECT)



IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 05/15/2007.

                                         COURT CLERK