UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :   07 Cr. 0124 (WHP)
        -against-             :
                              :   ORDER
EMMANUEL ORUCHE et. al.,      :
                              :
            Defendants.       :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-08

WILLIAM H. PAULEY III, United States District Judge:

       This Court received the attached letter from Michael Rosensaft, counsel for the Government. Accordingly, jury selection and trial is adjourned to June 11, 2008, 2008 at 9:45 a.m.

       Since this adjournment is necessary for the Government to appear and comes without objection from defendants, the Court prospectively excludes the time from June 9, 2008 until June 11, 2008 from Speedy Trial Act calculation. The Court finds that this continuance serves to ensure the effective assistance of counsel and to prevent any miscarriage of justice. Additionally, I find that the ends of justice served by such a continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(a).

Dated: May 8, 2008
       New York, New York

                               SO ORDERED:

                               WILLIAM H. PAULEY III
                                   U.S.D.J.

*Counsel of Record*:

Michael Max Rosensaft, Esq.
United States Attorney, Southern District New York
One Saint Andrew's Plaza
New York, NY 10007

Martin R. Stolar, Esq.
Law Office of Martin R. Stolar
351 Broadway
New York, NY 10013
*Counsel for Defendant Emmanuel Oruche*

Jeremy Gutman, Esq.
251 East 61st Street
New York, NY 10021
*Counsel for Defendant Rebecca Ambo Fomum-Tibah*

Annemarie Hassett, Esq.
Goodwin Procter, LLP(NYC)
599 Lexington Avenue
New York, NY 10022
*Counsel for Defendant Paul Osuji*

Andrew J. Ceresney, Esq.
Debevoise & Plimpton, LLP(NYC)
919 Third Avenue
New York, NY 10022
*Counsel for Defendant Joseph Oluigbo*