```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :   PRIOR FELONY INFORMATION
                                 :
JOSEPH OLUIGBO,                  :   07 Cr. 124 (WHP)
                                 :
                                 :
         Defendant.              :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

       The United States Attorney charges:

       1.  On or about June 13, 1991, in New York Supreme Court, JOSEPH OLUIGBO, the defendant, was convicted upon a plea of guilty of criminal possession of a controlled substance in the second degree, a class A felony, for which he received a sentence of three years' to life imprisonment.

       2.  Accordingly, JOSEPH OLUIGBO, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), 841(b)(1), 846, 952(a), 960(a)(1), 960(b)(1), 963.

       (Title 21, United States Code, Section 851.)

*[signature]*
_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v -

**JOSEPH OLUIGBO**
Defendant.

---

**PRIOR FELONY INFORMATION**

07 Cr. 124 (WHP)

(Title 21, United States Code, Section 851.)

MICHAEL J. GARCIA
United States Attorney.

---