UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
UNITED STATES OF AMERICA
:          07 Cr. 0124 (WHP)
        -against-
:          ORDER
EMMANUEL ORUCHE et. al.,
:
        Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, United States District Judge:

        Jury selection and trial is adjourned from June 11, 2008 to June 16, 2008 at 9:45 a.m.

Dated: May 28, 2008
       New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08

*Counsel of Record*:

Michael Max Rosensaft, Esq.
United States Attorney, Southern District New York
One Saint Andrew's Plaza
New York, NY 10007

Martin R. Stolar, Esq.
Law Office of Martin R. Stolar
351 Broadway
New York, NY 10013
*Counsel for Defendant Emmanuel Oruche*

Jeremy Gutman, Esq.
251 East 61st Street
New York, NY 10021
*Counsel for Defendant Rebecca Ambo Fomum-Tibah*

Annemarie Hassett, Esq.
Goodwin Procter, LLP(NYC)
599 Lexington Avenue
New York, NY 10022
*Counsel for Defendant Paul Osuji*

Andrew J. Ceresney, Esq.
Debevoise & Plimpton, LLP(NYC)
919 Third Avenue
New York, NY 10022
*Counsel for Defendant Joseph Oluigbo*

2