```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :
UNITED STATES OF AMERICA
                                              :    07 Cr. 0124 (WHP)
         -against-
                                              :    ORDER
EMMANUEL ORUCHE et. al.,
                                              :
                    Defendants.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, United States District Judge:

The following attorneys shall each be permitted to retain either a cellphone or a Blackberry in the courthouse for the duration of the above-captioned trial which commences on June 16, 2008: Martin R. Stolar, Zoe Dolan, Andrew Ceresney, and Eric Meyer.

Dated:  June 16, 2008
        New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record*:

Michael Max Rosensaft, Esq.
United States Attorney, Southern District New York
One Saint Andrew's Plaza
New York, NY 10007

Martin R. Stolar, Esq.
Law Office of Martin R. Stolar
351 Broadway
New York, NY 10013
*Counsel for Defendant Emmanuel Oruche*

Andrew J. Ceresney, Esq.
Debevoise & Plimpton, LLP(NYC)
919 Third Avenue
New York, NY 10022
*Counsel for Defendant Joseph Oluigbo*