USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                 :

UNITED STATES OF AMERICA
                                                 :        07 Cr. 0124 (WHP)

      -against-

                                                 :        <u>ORDER</u>

EMMANUEL ORUCHE et. al.,
                                                   :

            Defendants.
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, United States District Judge:

        The following attorneys' permission to retain either a cellphone or a Blackberry in the courthouse is hereby revoked: Martin R. Stolar and Zoe Dolan.

Dated: June 17, 2008
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                               U.S.D.J.

*Counsel of Record*:

Michael Max Rosensaft, Esq.
United States Attorney, Southern District New York
One Saint Andrew's Plaza
New York, NY 10007

Martin R. Stolar, Esq.
Law Office of Martin R. Stolar
351 Broadway
New York, NY 10013
*Counsel for Defendant Emmanuel Oruche*

Andrew J. Ceresney, Esq.
Debevoise & Plimpton, LLP(NYC)
919 Third Avenue
New York, NY 10022
*Counsel for Defendant Joseph Oluigbo*