UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,  :
                                                                   : **FILED ELECTRONICALLY**
                      v.                                :
                                                                   : <u>NOTICE OF MOTION</u>
EMMANUEL ORUCHE, et al.,  :
                                                                   :  07 Cr. 0124 (WHP)
                    Defendants.  :
------------------------------------------------------------ x

      PLEASE TAKE NOTICE, that upon the annexed declaration of ANDREW CERESNEY, the defendant JOSEPH OLUIGBO hereby moves this Court for an Order pursuant to Rule 29 of the Federal Rules of Criminal Procedure for a judgment of acquittal, or in the alternative, pursuant to Federal Rule of Criminal Procedure 33 granting the defendant a new trial in the interests of justice, and for such other and further relief as may be just, proper, and equitable.

Dated: New York, New York
         July 2, 2008

                                                                  Respectfully submitted,

                                                                   <u>/s/ Andrew J. Ceresney</u>
                                                                   Andrew J. Ceresney
                                                                  Eric D. Meyer
                                                                  Debevoise & Plimpton LLP
                                                                  919 Third Avenue
                                                                  New York, NY 10022
                                                                  (212) 909-6000

                                                                  *Counsel for Defendant Joseph Oluigbo*

To:

Clerk, U.S. District Court

22768284v1

2

Michael Rosensaft, Esq.
Assistant U.S. Attorney

Martin Stolar, Esq.
Attorney for Emmanuel Oruche

(All via ECF)

2

22768284v1