UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

v.

EMMANUEL ORUCHE, et al.,

                 Defendants.
------------------------------------------------------------ x

**FILED ELECTRONICALLY**

DECLARATION OF ANDREW J. CERESNEY

07 Cr. 0124 (WHP)

### Declaration of Andrew J. Ceresney

I, ANDREW J. CERESNEY, hereby declare:

1. I am counsel for defendant Joseph Oluigbo in this matter.

2. I submit this declaration in support of Oluigbo's motion for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 on the reserved decision of the Court and in the alternative for a new trial pursuant to Federal Rule of Criminal Procedure 33, in the interests of justice.

3. This motion is made because of the 7 day time limit of Rules 29 and 33 and will be supplemented by a submission to the Court on or before July 16, 2008, a date previously fixed by the Court on June 25, 2008.

Dated: New York, NY
       July 2, 2008

                                                    /s/ Andrew J. Ceresney
                                                  Andrew J. Ceresney, Esq.