UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,            :
                                     :  **FILED ELECTRONICALLY**
              v.                     :
                                     :  07 Cr. 0124 (WHP)
EMMANUEL ORUCHE, et al.,             :
                                     :
              Defendants.            :
                                     :
-------------------------------------------------------------- x

## Declaration of Eric Meyer

Eric Meyer declares:

1. I am associated with the law firm Debevoise & Plimpton LLP, counsel to defendant Joseph Oluigbo. I submit this declaration on personal knowledge in support of Defendant Joseph Oluigbo's motions for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 or, in the alternative, for a new trial pursuant to Fed. R. Crim. P. 33.

2. Attached as Exhibit A are true and correct copies of excerpts from the transcript of the trial in *United States v. Emmanuel Oruche* held on June 17, 18, 19, 23, 24, and 25, 2008.

3. Attached as Exhibit B is a true and correct copy of GX. 41T-1.

4. Attached as Exhibit C is a true and correct copy of GX. 41T-5.

5. Attached as Exhibit D is a true and correct copy of GX. 41T-6.

6. Attached as Exhibit E is a true and correct copy of GX. 41T-7.

7. Attached as Exhibit F is a true and correct copy of GX. 41T-10.

8. Attached as Exhibit G is a true and correct copy of GX. 41T-11.

9. Attached as Exhibit H is a true and correct copy of GX. 41T-13.

10. Attached as Exhibit I is a true and correct copy of GX. 41T-15.

11. Attached as Exhibit J is a true and correct copy of GX. 41T-16.

12. Attached as Exhibit K is a true and correct copy of GX. 32.1.

22777663v1

13.  Attached as Exhibit L is a true and correct copy of GX. 32.2.

14.  Attached as Exhibit M is a true and correct copy of DX. 3501-6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, NY this 16th day of July, 2008:


/s/ Eric Meyer
   Eric Meyer

22777663v1