## UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

| | |
|---|---|
| CALL FROM: | (646) 533-8587 |
| CALL TO: | (718) 510-6880 |
| SESSION NUMBER: | 3858 |
| DATE: | SEPTEMBER 22, 2006 |
| TIME: | 14:44:21 |
| PARTICIPANTS: | EMMANUEL ORUCHE<br>JOSEPH OLUIGBO |
| ABBREVIATIONS: | (U/I) = UNINTELLIGIBLE<br>(PH) = PHONETIC RENDERING<br>[BRACKETS] = TRANSLATOR'S NOTE<br>*ITALICS* = WORDS SPOKEN IN ENGLISH |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [Telephone rings] | [Telephone rings] |
| ORUCHE | *Police* are following me. *Police* are on my trail. | Ndi *police* na aesom. *Police* nesom. |
| OLUIGBO | *Hello, hello.* | *Hello, hello.* |
| ORUCHE | *Police* are coming after me | *Police* nesom. |
| OLUIGBO | Ah. | Ah. |
| ORUCHE | The *police* are following you | Ndi *police* nesom. |
| OLUIGBO | The *police* are following you? | Ndi *police* nesogi? |





| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORUCHE | Yes | Ehn. |
| OLUIGBO | *What? were you on the phone?* | *What? were you on the phone?* |
| ORUCHE | Eh? | Eh? |
| OLUIGBO | *Were you on the phone?* | *Were you on the phone?* |
| ORUCHE | *No.* There is a way I have been *watching* them. They are *two cars* following me since I left the *store*. Do you understand? They have been trailing, but I don't know what they are following me *for*. | *No.* Enwere etum si *awatch* ha. Enwwere *two cars* nesom *since* m puru na *store*. Okwa ighotago. *They have been trailing me, but* amagim ihe ha na etrail m *for*. |
| OLUIGBO | Stop at a point. When you pull over, you do like this, *just* stop somewhere, to let them overtake you, *then* you will make a *u-turn* and drive off. | Kwusi ofuebe. Ge kwusi ofuebe, gi, gi eme ihea, *just* kwusi ofuebe, ka ha gbafere, *then* giemezie *u-turn* pubazie. |
| ORUCHE | But two of them are coming after me, *So I am wondering.* | Hadizi abuo esom. *So I am wondering.* |
| OLUIGBO | *No, no, no, no.* Stop *somewhere*. Enter *somewhere* | *No, no, no, no.* Kwusi *somewhere*. Banye *somewhere*. |
| ORUCHE | *Okay, but* they are following much *closer*. | *Okay, but* ha na esom *closer*. |
| OLUIGBO | Branch off *somewhere* and allow them to pass. Stop *somewhere*. | Banye *somewhere*, hapuha ka hafere. Kwusi *somewhere*. |
| ORUCHE | *Okay. I think* eh, *I will see you.* | *Okay. I think eh, I will see you.* |
| OLUIGBO | What?. | Ah? |
| ORUCHE | I will see you. | Ama afugu. |

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| OLUIGBO | Where are you calling from? Where are you? | Ke ebe isi nakpo? Ke ebe ino? |
| ORUCHE | *I am on White Plains road.* | Anom na White Plains road. |
| OLUIGBO | *White Plains road* and what? | White Plains road na ebe? |
| ORUCHE | *Just mind the store.* Remove everything in the store. | *Just mind the store.* Wepu *everything* no na *store*. |
| OLUIGBO | What? | Ah? |
| ORUCHE | *Remove everything*, remove your papers, remove *everything* that is in the *store*. Let me try to figure out these people that are trailing me. | Wepu *everything* no na *store* ahu. Wepu akwukwo gi. Kam mara ndia na esom eha. |
| OLUIGBO | *Okay.* | Okay |
|  | [END OF RECORDING] | [END OF RECORDING] |