## UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

| | |
|---|---|
| CALL FROM: | (646) 533-8587 |
| CALL TO: | (718) 510-6880 |
| SESSION NUMBER: | 5088 |
| DATE: | SEPTEMBER 30, 2006 |
| TIME: | 15:05:45 |
| PARTICIPANTS: | EMMANUEL ORUCHE<br>JOSEPH OLUIGBO |
| ABBREVIATIONS: | (U/I) = UNINTELLIGIBLE<br>(PH) = PHONETIC RENDERING<br>[BRACKETS] = TRANSLATOR'S NOTE<br>*ITALICS* = WORDS SPOKEN IN ENGLISH |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [Telephone rings] | [Telephone rings] |
| OLUIGBO | *Hello?* | *Hello?* |
| ORUCHE | Ya, JOE. | Ya, JOE. |
| OLUIGBO | Yeah. | Yeah. |
| ORUCHE | Go to Aziza and *check* whether some one from Togo is there. | Chekigodi ma eh, Aziza, mara ma onwere onye no ebahu, onye Togo noeba ahu. |
| OLUIGBO | How does he look? | Kedu otu odi? |

U.S. v. Oruche



1



GOVERNMENT
EXHIBIT
41T-5
S2 07 Cr 124 (WHP) (ID)

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORUCHE | I don't know how the person looks. Let me call those people and ask how he looks. [Voices overlap] | Eh, amakwam etu odi.. Kam kpogodi inda kam juo etu odi. [Voices overlap] |
| OLUIGBO | I cannot leave this place *because* MARIA *is on lunch*. | Eh, agaghim apu eba *because MARIA is on lunch*. |
| ORUCHE | Oh, MARIA is out for lunch. | Oh, MARIA nona lunch |
| OLUIGBO | Yes. Is the person *supposed* to come to Aziza's place? | Ehn. Osoposuru ebia na nke Aziza? |
| ORUCHE | What? Yes. | Eh? Ehn. |
| OLUIGBO | [U/I] have been called? | [U/I] okpola ginwa? |
| ORUCHE | Who is that? | Onye? |
| OLUIGBO | That person. | Onye ahu. |
| ORUCHE | The person at our place? | Onye nke nona be anyi?. |
| OLUIGBO | Yes. The person who is *suppose* to come to Aziza place. Has the person called you? [Voices overlap]. | Ehn. Onye nke di *suppose* ebia nanke Aziza. Okpola gi? |
| ORUCHE | Both of us, am I *suppose* to call him *for what*? [Voices overlap] [Laughs] | Muna ya, adim *suppose* ekpoya *for what*? [Voices overlap] [Laughs]. |
| OLUIGBO | *Okay*. But how are you going to be able to make the expected *contact*? | Okay, ke kwanu otu ega esi afu ya, enwe *contact* nwa? |
| ORUCHE | What? | Ehr? |

U.S. v. Oruche

2

| | | |
|---|---|---|
| OLUIGBO | How will both of you meet? | Ke etu ngi nay a gesi enwota kwanu? |
| ORUCHE | [Yawns]. I don't know. Let me just see how. I will watch and see it there is going to be a possibility. | [Yawns] Amaghim. Ka anyi na, kam na ene anya mara etu osi eme. |
| OLUIGBO | Okay. When this girl returns I will go look and check if the person is there. [Voices overlap] | Okay. Oburu na nwa bata, then mu aga there. [Voices overlap]. |
| ORUCHE | Has this person [U/I] returned? | Onyea [U/I] obatago? |
| OLUIGBO | No. When MARIA returns I will go there to check. | Mba. Oburu na nwa bata. Oburu na MARIA bata maga there ga chekia. |
| ORUCHE | Okay. | Okay. |
| OLUIGBO | Okay, I will talk to you | Okay, I will talk to you |
| ORUCHE | Thank you, bye, bye | Thank you, bye, bye. |
| OLUIGBO | Bye | Bye. |
| | [END OF RECORDING] | [END OF RECORDING] |