## UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

**CALL FROM:** (646) 533-8587

**CALL TO:** (718) 510-6880

**SESSION NUMBER:** 5095

**DATE:** SEPTEMBER 30, 2006

**TIME:** 15:21:19

**PARTICIPANTS:** EMMANUEL ORUCHE
JOSEPH OLUIGBO

**ABBREVIATIONS:** (U/I) = UNINTELLIGIBLE
(PH) = PHONETIC RENDERING
[BRACKETS] = TRANSLATOR'S NOTE
*ITALICS* = WORDS SPOKEN IN ENGLISH

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
|  | [Telephone rings] | [Telephone rings] |
| OLUIGBO | *Hello.* | *Hello.* |
| ORUCHE | *Hello, JOE, are you there?* | *Hallo, JOE,* kedu? |
| OLUIGBO | *Yeah. I am here.* | *Yeah,* anom ya o. |
| ORUCHE | That person has not come back yet? | Onye ahu obatabe ghi? |
| OLUIGBO | No. *I just have my beautiful sister here coming to pick up the humidifier.* | Mba o. *I just have my beautiful sister here coming to pick up the humidifier.* |



1



| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORUCHE | *Okay, okay, okay.* | *Okay, okay, okay.* |
| OLUIGBO | *She is blaming me. She said she is disappointed because...* [Laughs]. | *She is blaming me. She said she is disappointed because..* [Laughs]. |
| ORUCHE | [Laughs] | [Laughs] |
| OLUIGBO | *Yeah. She said she is disappointed. You haven't seen how beautiful she is, have you?* | *Yeah. She said she is disappointed. You haven't seen how beautiful she is, have you?* |
| ORUCHE | *No. Tell her to wait for me that I wanna see her.* | *No. Tell her to wait for me that I wanna see her.* |
| OLUIGBO | *She is from, she is from Zambia.* | *She is from, she is from Zambia.* |
| ORUCHE | I know, Tell her to wait *that I am coming.* | Amam. Siya chere. |
| OLUIGBO | Okay. | Ehn. |
| ORUCHE | It seems, heh as if that person just entered that place. His name is JIMMY. I think I saw him. He is dressed in black and carrying a bag the way our people carry bag. | Odi ka, eh. Odi ka onye ahu obara ebe ahu ugbua. Aha ya bu JIMMY. Odika afurum ya. Oyi ihe oji, buru akpa otu ndi beanyi si ebu akpa. |
| OLUIGBO | Sure? | Ehe? |
| ORUCHE | Sure. I think I saw [Voices overlap] him. | Ehn. Odim ka mfuru [Voices overlap] ya. |
| OLUIGBO | Had it been this person is back now I would have gone there to inquire about him. | Asina onyea no eba agaram iga ebe ahu ga juo ajuju ya. |
| ORUCHE | Yes. Go there [Voices overlap]. | Ehn. Ga nebe ahu [Voices |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | | overlap] |
| OLUIGBO | There is no one here. I can't leave this place. | Onwe gi onye no eba. Agaghim arapu wu eba. |
| ORUCHE | Lock the door and ask that person to accompany you to go buy some food. When both of you get there, you understand, you say "*Jimmy how now*"? | Gbachite uzo. Si onyea duje gi ka iga goru nri. Ngi na ya rue ebe ahu, okwa ighotago, isi "*Jimmy how now*"? |
| OLUIGBO | What is his name? "JIMMY" | Aha ya gini?, "JIMMY" |
| ORUCHE | Yes. | Eh. |
| OLUIGBO | Is that so? | Ehn? |
| ORUCHE | Yes. | Eh. |
| OLUIGBO | *Okay.* | *Okay.* |
| ORUCHE | *Okay.* | *Okay.* |
| OLUIGBO | *Okay, bye.* | *Okay, bye.* |
| | [END OF RECORDING] | [END OF RECORDING] |

3