## UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

| | |
|---|---|
| CALL FROM: | (718) 510-6880 |
| CALL TO: | (646) 533-8587 |
| SESSION NUMBER: | 5124 |
| DATE: | SEPTEMBER 30, 2006 |
| TIME: | 17:14:48 |
| PARTICIPANTS: | EMMANUEL ORUCHE<br>JOSEPH OLUIGBO |
| ABBREVIATIONS: | (U/I) = UNINTELLIGIBLE<br>(PH) = PHONETIC RENDERING<br>[BRACKETS] = TRANSLATOR'S NOTE<br>*ITALICS* = WORDS SPOKEN IN ENGLISH |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [Radio or television noise] | [Radio or Television noise] |
| ORUCHE | *Hello?* | *Hello?* |
| OLUIGBO | He is not the person. | Obugi ya. |
| ORUCHE | Is he not the one wearing *slippers?* | Obugi ya bu nke yi *slippers?* |
| OLUIGBO | He is not the one. I have asked and he replied "no". | Obugiya. Ajurum ya osi m "mba". |
| ORUCHE | Did he speak English? | Onye nke ahu osuru oyibo? |



1



GOVERNMENT
EXHIBIT
41T-7
S2 07 Cr. 124 (WHP) (ID)

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| OLUIGBO | Yes. | Yea. |
| ORUCHE | Yeah. *Okay*. He is not the person. That other man is still there *watch TV, eh?* | Ehn. *Okay*. Obugi ya. Onye nke ahu no ebahu na *watch* TV, ehn? |
| OLUIGBO | *Yeah.* | *Yeah.* |
| ORUCHE | *Okay.* | *Okay.* |
| OLUIGBO | GLORIA came here. | GLORIA biara eba. |
| ORUCHE | What? | Ehn? |
| OLUIGBO | GLORIA came here. | GLORIA biara eba. |
| ORUCHE | She called me *from there*. | Okporom *from there*. |
| OLUIGBO | *Okay.* [U/I] [Voices overlap]. *Okay catch you.* | *Okay* [U/I]. [Voices overlap]. *Okay catch you.* |
| ORUCHE | *Thank you*, please. What was your conclusion with that person. [Voices overlap]. Has the person left? | *Thank you* "jor". Keihe ngi na nwantakiri a kwuteziri [Voices overlap]. Onana?. |
| OLUIGBO | Yes, the person was gone last night. | Eh, onabago. Ona ra nanyasi |
| ORUCHE | You gave the person *eight*, eh? Or how much did you give? | Inyeziri ya *eight*. Ka ole ka inyere ya? |
| OLUIGBO | I gave *nine*. | Enyerem ya *nine*. |
| ORUCHE | *Nine?* | *Nine?* |
| OLUIGBO | I brought out *nine* and that's what I gave to the person. | Ewepuraram *nine* ozo obu ihe mnyere ya. |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORUCHE | Okay. | Okay. |
| OLUIGBO | *But still* there is a balance of, balance of twelve-something, 12-6-11 | *But still* ofokwara, ofokwara 12-something, 12-6-11 |
| ORUCHE | And what about the ones that *send out?* | Kedu maka ndi sendiri kwanu ihe? |
| OLUIGBO | What ? [U/I]. | Ehn? [U/I]. |
| ORUCHE | I no longer give *cash*. That is the understanding both of us reached. He will *send* the rest. You understand? | Anaghim enye sikwe *cash*. Obu ihe mu na ya kwuru. Oga *send* nde ozo ahu. Ighotala? |
| OLUIGBO | Yeah. | Yeah. |
| ORUCHE | That is it. I do not mess around any more, please. | Aha. Munwa anaghi eme umu ihe ahu, biko. |
| OLUIGBO | Okay. | Okay. |
| ORUCHE | *That is the only money, that's the only way* I can *make* money. | *That is the only money, that's the only way* ngesi *make* a ego. |
| OLUIGBO | Okay. | Okay. |
| ORUCHE | Okay. | Okay. |
| OLUIGBO | I will talk to you, bye. | I will talk to you, bye. |
|  | [END OF RECORDING]. | [END OF RECORDING]. |

3