## UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

| | |
|---|---|
| CALL FROM: | (646) 533-8587 |
| CALL TO: | (301) 869-3201 |
| SESSION NUMBER: | 5241 |
| DATE: | OCTOBER 1, 2006 |
| TIME: | 9:19:34 |
| PARTICIPANTS: | EMMANUEL ORUCHE<br>EVA<br>UNIDENTIFIED MALE #1 ("UM 1")<br>UNIDENTIFIED MALE #2 ("UM 2") |
| ABBREVIATIONS: | (U/I) = UNINTELLIGIBLE<br>(PH) = PHONETIC RENDERING<br>[BRACKETS] = TRANSLATOR'S NOTE<br>*ITALICS* = WORDS SPOKEN IN ENGLISH |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [Telephone rings] | [Telephone rings] |
| UM 1 | MAZI | MAZI |
| ORUCHE | *Yeah, em* [ph] | *Yeah, em* [ph] |
| UM 1 | *Wait* for a minute *Hold on.* | Chere *for a minute. Hold on.* |
| | [Silence] | [Silence] |



1



GOVERNMENT
EXHIBIT
41T-10
S2 07 Cr. 124 (WHP)(ID)

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
|  | [Telephone rings] | [Telephone rings] |
| AUTOMATED VOICE MESSAGING SYSTEM | "We Are not available now, please leave your name and phone number after the beep, we will return your call." | "We are not available now, please leave your name and phone number after the beep, we will return your call." |
| ORUCHE | Baby, EVA, call me | Baby, EVA, call me. |
| UM 2 | Hello [The French speaking man]. | Hello [The French speaking man]. |
| EVA | Hello. | Hello. |
| ORUCHE | Yeah, EVA, em, could you tell, tell this guy that, em, that in the evening I will come and pick him and put, em let him stay with JOE. But I have to talk to JOE. Let JOE know to stay in my house. Okay? That I will move him. | Yeah, EVA, em, could you tell, tell this guy that, em, that in the evening I will come and pick him and put, em let him stay with JOE. But I have to talk to JOE. Let JOE know to stay in my house. Okay? That I will move him. |
| EVA | I did not hear you. | I did not hear you. |
| ORUCHE | I say, tell him in your language, ehn, that I will bring him out of the hotel and put him in my house where JOE is. | I say, tell him in your language, ehn, that I will bring him out of the hotel and put him in my house where JOE is. |
| EVA | Okay, okay. | Okay, okay. |
| ORUCHE | In the evening. | In the evening |
| EVA | All right. | All right. |
| UM 2 | Hello? [Speaks French] | Hallo?.[Speaks French] |

2

| | | |
|---|---|---|
| EVA | Oui, hallo He told me to tell you that he will be coming to look for you at the *hotel* and take you to his cousin [Voices overlap] to stay with his cousin. *Okay?* | Oui, hallo, Il me dit de vous dire qu'il va vous venir chercher de l'*hotél* et vous amener là où son cousin [Voices overlap] pour rester avec son cousin. *Okay?*. |
| UM 2 | Today ? | Aujourd'hui? |
| EVA | Yes, today at night. | Oui, aujourd'hui le soir. |
| UM 2 | Aha. Agreed! So I have to hand in the key today. | Aha. Daccord ! Donc je vais donner la clé aujourd'hui. |
| EVA | Yes. Pass him the telephone. I am going to explain to him. | Oui. Passez lui le téléphone. Je vais lui expliquer. |
| UM 2 | Okay. | Okay. |
| ORUCHE | *Hello.* | *Hello.* |
| EVA | *Yeah, he said he is gonna give the key today.* | *Yeah, he said he is gonna give the key today.* |
| ORUCHE | *Ehn?* | *Ehn?* |
| EVA | *He is gonna give the key to the hotel.* | *He is gonna give the key to the hotel.* |
| ORUCHE | *Okay, okay.* | *Okay, okay.* |
| EVA | *He will give them the key back.* | *He will give them the back.* |
| ORUCHE | *Okay, okay.* | *Okay, okay.* |
| EVA | *I told him in the evening though.* | *I told him in the evening though.* |
| ORUCHE | *Yeah, okay.* | *Yeah, okay.* |
| EVA | *All right.* | *All right.* |

3

| | | |
|---|---|---|
| ORUCHE | *Okay, okay.* | *Okay, okay.* |
| UM 1 | MAZI | MAZI |
| ORUCHE | Ya, *give me a minute. Just give me a minute* let me call you back. *Okay* now. *I will talk to you later* [U/I]. | Ya, *give a minute. Just give me a minute* kam kpochie gi azu. Okay ngwanu, *I will talk to you later* [U/I]. |
| | [END OF RECORDIDNG] | [END OF RECORDING] |