## UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

| | |
|---|---|
| CALL FROM: | (646) 533-8587 |
| CALL TO: | (301) 869-3201 |
| SESSION NUMBER: | 5252 |
| DATE: | OCTOBER 1, 2006 |
| TIME: | 10:30:25 |
| PARTICIPANTS: | EMMANUEL ORUCHE<br>JOSEPH OLUIGBO |
| ABBREVIATIONS: | (U/I) = UNINTELLIGIBLE<br>(PH) = PHONETIC RENDERING<br>[BRACKETS] = TRANSLATOR'S NOTE<br>*ITALICS* = WORDS SPOKEN IN ENGLISH |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [Telephone rings] | [Telephone rings] |
| JOE | Hello | Hello |
| UM | Ya, JOE did you call me? | Ya, JOE ikpom? |
| JOE | *Yeah I forgot to ask you how ...* | Yeah, I forgot to ask you how… |
| UM | [U/I] | [U/I] |
| JOE | *...how long* is that person going to | *...how long* ka onye ahu gano? |

U.S. v. Oruche



1



GOVERNMENT
EXHIBIT
41T-11
S2 07 Cr. 124 (WHP) (ID)

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | stay. | |
| UM | [U/I] it will be after I am back. He will come back *today*. | [U/I] ogabu mgacha puta nu. Ya nwa ga anata *today* |
| JOE | *This coming Saturday ?* | *This coming Saturday?* |
| UM | [U/I] | [U/I] |
| JOE | *Ah, because I have somebody coming here on the 6th from Pennsylvania.* | *Ah, because I have somebody coming here on the 6th from Pannsylvania.* |
| UM | What is *Saturday's* date? | Ke *date Saturday*? |
| JOE | *Saturday* is [pause] I don't know. *Today* is 1st. *Saturday* is 7th, is that 7th? | *Saturday* wu [pause] I don't know. *Today* is 1st, *Saturday* wu 7th, is that 7th? |
| UM | No. | Mba. |
| JOE | Yeah, *Saturday is* 7th. *Today is* 1st, right? | Yeah, Saturday is 7th. *Today is* 1st, right? |
| UM | *Today* is 1st, yeah | Okwa today bu 1st, yeah. |
| JOE | *Today is* 1st. | *Today is* 1st. |
| UM | Or 31st. | Or 31st. |
| JOE | I don't know what *Saturday* is. *Today is September,* I mean *October* 1st. *Yesterday was* 30, *September is 30 days. Today* is 1st. | Ama gim ihe *Saturday* wu. Today is *September, I mean* October 1st. *Yesterday was* 30. *September is* 30 days. *Today* bu 1st. |
| UM | Ah? | Ah? |

U.S. v. Oruche

| | | |
|---|---|---|
| JOE | *I didn't think of it. Today is 1ˢᵗ, so Saturday will be [pause] They are coming here on the 6ᵗʰ Friday.* | *I didn t think of it. Today bu 1ˢᵗ, so Saturday gabu [pause] They are coming here on the 6ᵗʰ Friday.* |
| | [Voices overlap] | [Voices overlap] |
| | *I didn t think of it* | *I didn t think of it.* |
| UM | [U/I] | [U/I] |
| JOE | [U/I] | [U/I] |
| UM | Let's talk about that later. | Emechaa ka anyi kwuo nu maka ya. |
| JOE | *Okay.* | *Okay.* |
| | [END OF RECORDING] | [END OF RECORDING] |