### UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

| | |
|---|---|
| CALL FROM: | (646) 533-8587 |
| CALL TO: | (646) 318-2937 |
| SESSION NUMBER: | 5557 |
| DATE: | OCTOBER 2, 2006 |
| TIME: | 18:10:28 |
| PARTICIPANTS: | EMMANUEL ORUCHE<br>JOSEPH OLUIGBO<br>UNIDENTIFIED MALE ("UM") |
| ABBREVIATIONS: | (U/I) = UNINTELLIGIBLE<br>(PH) = PHONETIC RENDERING<br>[BRACKETS] = TRANSLATOR'S NOTE<br>*ITALICS* = WORDS SPOKEN IN ENGLISH |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [Telephone rings] | [Telephone rings] |
| UM | [U/I] | [U/I] |
| ORUCHE | *Yeah, I said let me speak to JOE. I want to talk with JOE* | *Yeah, I said let me speak to JOE. I want to talk with JOE* |
| UM | What? | Eh? |
| ORUCHE | Let me talk to JOE. | Kam kwuoro JOE. |
| UM | *Okay, yeah, hold on for him.* | *Okay, yeah, hold on for him.* |

U.S. v. Oruche



1



GOVERNMENT
EXHIBIT
41T-13
S2 07 Cr. 124 (WHP) (ID)

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORUCHE | *The JOE.* | *The JOE.* |
| OLUIGBO | [U/I] | [U/I] |
| ORUCHE | *Yeah JOE, what is that man doing?* | *Yeah JOE kedi ihe nwokema na eme?* |
| OLUIGBO | *Who?* | *Onye?* |
| ORUCHE | *The place you went to. I thought you said that you went to the house.* | *Ebe igara. Okwa isi na igara na uno.* |
| OLUIGBO | *Yeah.* | *Yeah.* |
| ORUCHE | *What was he doing when you entered the house?* | *Keihe ona eme mgbe ibatara na uno?* |
| OLUIGBO | *He was sleeping when I came.* | *Mgbe mbatara ohiga ura* |
| ORUCHE | *He was asleep, okay. You then gave him food, eh?* | *Ohiga ura, okay. Inye zie ya nni, eh?* |
| OLUIGBO | *Yeah. I gave him food and left.* | *Yeah. Mu nyezie ya nni putabazie.* |
| ORUCHE | *Where you vigilant enough to observe whether you were being trailed?* | *Ena elekwa anya mara ma onwere onye na eso gi?* |
| OLUIGBO | *What?* [U/I] | *Ehr?* [U/I] |
| ORUCHE | *Did you observe to see if any body was following you?* | *Inekwara anya mara ma onwere onye na eso gi?* |
| OLUIGBO | *Yeah, yeah.* | *Yeah, yeah.* |
| ORUCHE | *Okay, okay.* | *Okay, okay.* |

U.S. v. Oruche

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| OLUIGBO | *Yeah.* | *Yeah.* |
| ORUCHE | *Talk to you.* | *Talk to you.* |
| OLUIGBO | *Okay, bye.* | *Okay, bye.* |
| ORUCHE | *Bye, bye.* | *Bye, bye.* |
|  | [END OF RECORDING] | [END OF RECORDING] |