### UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

| | |
|---|---|
| CALL FROM: | (718) 510-6880 |
| CALL TO: | (646) 533-8587 |
| SESSION NUMBER: | 6363 |
| DATE: | OCTOBER 8, 2006 |
| TIME: | 20:40:48 |
| PARTICIPANTS: | EMMANUEL ORUCHE<br>JOSEPH OLUIGBO |
| ABBREVIATIONS: | (U/I) = UNINTELLIGIBLE<br>(PH) = PHONETIC RENDERING<br>[BRACKETS] = TRANSLATOR'S NOTE<br>*ITALICS* = WORDS SPOKEN IN ENGLISH |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
|  | [Telephone rings] | [Telephone rings] |
| OLUIGBO | *Hello.* | *Hello.* |
| ORUCHE | Did you get him. | Inwetere ya? |
| OLUIGBO | No, I did not see him | Mba, enweteim ya. |
| ORUCHE | Did they say he was not there? | Asina onoghi ebe ahu? |
| OLUIGBO | They said he was in *but* I went to his *room* and knocked several times and nobody answered the | Hasi na ono ya, *but* agaram na *room* ya kukata aka enwegi onye mehere uzo [U/I]mana oza gi, *so* |



1



GOVERNMENT
EXHIBIT
41T-15
S2 07 Cr. 124 (WHP) (ID)

|  |  |  |
|---|---|---|
|  | door [U/I] he did not respond, *so* I went *downstairs* and left a message that when the man comes out they should tell him that I, that he should call me. | *so* I meje zia *downstairs* gwa ha na onyea puta ha gwaya na munwa, ya kpom. |
| ORUCHE | Ehn. | Eh. |
| OLUIGBO | They told me that it is possible that they may not see him when he comes back, *so* that I should call them. | Ha sim na onwere ike obata na ha agaghi ahu ya, *so* na munwakpo ha. |
| ORUCHE | *Okay.* | *Okay.* |
| OLUIGBO | I said *okay*, so I did not see him. Maybe he was asleep. Even if somebody was sleeping a deadman's sleep, how couldn't he have heard the extent of the knocking that I did. | Mu asi *okay so* enwete ghim ya. *Maybe* ohiga ura. Oburu godi onye na ehi ura onwu, kedi otu oji ogaghi anu udi akam kuga. |
| ORUCHE | He was not in. | Onogi ya |
| OLUIGBO | *Maybe* he was not in. | *Maybe* onogi ya. |
| ORUCHE | *But* have you called him on the phone to see if he will answer his phone? | *But* ikpogo ya na phone mara ma oga aza phone ya? |
| OLUIGBO | There is nothing. It is just to call this thing. [Voices overlap] | Onwegi. Obu ikpo iha. [Voices overlap] |
| ORUCHE | When you call they will put the call to his *room*. | Ikpo ha tinye na *room* ya. |
| OLUIGBO | *Yes.* I will do this, I will call him after a while. | *Yes.* Agam eme ihea, obu nnodu cha, ma kpo ya. |
| ORUCHE | *Okay.* | *Okay.* |

| | | |
|---|---|---|
| OLUIGBO | *This guy. I forgot to ask you though.* | *This guy. I forgot to sk you though.* |
| ORUCHE | [U/I] | [U/I] |
| OLUIGBO | U-Roy. | U-Roy. |
| ORUCHE | Yes. | Ehn. |
| OLUIGBO | He uses this place as his *address* for this thing he is doing. | Oji *here* na eme *address* ihea ona eme. |
| ORUCHE | He is using what? | Ojo gini? |
| OLUIGBO | *This address.* | *This address.* |
| ORUCHE | Has he gone mad? | Ara ona awidi ya? |
| OLUIGBO | *The address, the letter says "Henri Hicks" and this addrses* that *the thing* came with. [Voices overlap]. *Yes, and Henri Hicks is the name on the credit card, the American express card is on. This address.* | The address, the letter says "Henri Hicks" *and this address* ka *the thing* jiri bia. [Voices overlap]. Yes, *and* Henri Hicks bu *the name on the credit card, the American express card is on. This address.* |
| ORUCHE | Let me call him. Let me ask him. | Kam kpogodiya. Kam jukene ya. |
| OLUIGBO | [U/I] This address, *I don't see why* he should use it *when he has his own address.* | [U/I] This address, *I don't see why* oga eji *address* a *when he has his own address.* |
| ORUCHE | Yes. | Yes. |
| OLUIGBO | *It is* HENRI HICKS [U/I] | *It is* HENRI HICKS [U/I] |
| ORUCHE | What is the nature of what was sent there? | Kedi ihe biara ebe abu? |
| OLUIGBO | *It is a letter from HSBC bank.* | *It is a letter from HSBC bank* |

3

| | | |
|---|---|---|
| ORUCHE | *Seize* those letters. | *Seize* e umu *letter* ahu. |
| OLUIGBO | What? | Ehr? |
| ORUCHE | If any *letter* comes in, *seize* it. Let me talk to him first. | Obu na enwere *letter* obuna biaranu *seize* e ya. Kamunaya kpagodia. |
| OLUIGBO | *I have already decided that any letter that comes here I will tear it off.* | *I have already decided that letter* obula biara *here I will tear it off.* |
| ORUCHE | *Yeah.* | *Yeah.* |
| OLUIGBO | *Because I don't see why he should be doing it.* | *Because I don't see why he should be doing it.* |
| ORUCHE | Yeah. He is doing this thing, this thing, he is using us. | Yeah. Ona emezi ihea, ona, ona e *use* mmadi. |
| OLUIGBO | *I really do not apprecfiate that.* For him to be using the address, this *address* to be doing what he is doing *is not good.* | *I really do not appreciate that.* The address oji, *this address* neme ihe oji eme, *that is not good.* |
| ORUCHE | *Yeah.* | *Yeah.* |
| OLUIGBO | [U/I] *This letter here I am tearing it off* [Voices overlap] *HSBC bank.* | [U/I] *This letter here I am tearing it off* [Voices overlap] *HSBC bank.* |
| ORUCHE | *Let me talk to him.* | *Let me talk to him.* |
| OLUIGBO | *Okay bye.* | *Okay bye.* |
| | [END OF RECORDING] | [END OF RECORDING] |