## UNITED STATES v. EMMANUEL ORUCHE AND JOSEPH OLUIGBO

**CALL FROM:** (646) 533-8587

**CALL TO:** (718) 510-6880

**SESSION NUMBER:** 6453

**DATE:** OCTOBER 9, 2006

**TIME:** 12:26:00

**PARTICIPANTS:** EMMANUEL ORUCHE
JOSEPH OLUIGBO

**ABBREVIATIONS:** (U/I) = UNINTELLIGIBLE
(PH) = PHONETIC RENDERING
[BRACKETS] = TRANSLATOR'S NOTE
*ITALICS* = WORDS SPOKEN IN ENGLISH

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
|  | [Telephone rings] | [Telephone rings] |
| OLUIGBO | Hello. | Hello. |
| ORUCHE | Have you picked up *this guy*. | Iburugo onyea, *this guy*. |
| OLUIGBO | Which? No. | Elenke? Mba. |
| ORUCHE | *What time* are you to pick him up? | *What time* ka ina aga eburu ya? |
| OLUIGBO | *His flight is six o'clock* | *His flight is six o'clock.* |
| ORUCHE | Oh, his *flight is six!* | Oh! *flight* ya bu *six!* |



1



GOVERNMENT
EXHIBIT
41T-16
S2 07 Cr. 124 (WHP) (ID)

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| OLUIGBO | [U/I] | [U/I] |
| ORUCHE | I hope they will not chase him out of the *room*. | Okwa ha agaghi achupa ya na *room*. |
| OLUIGBO | *I told them 3 o'clock, well* they may still drive him out. | *I told them 3 o'clock, well* ha nwekwara ike ichupuya sef. |
| ORUCHE | Go and call, call him and decide whether to pick him up you understand, *before* they drive him out of the *room* | Gakwa kpoya, kpoya ka imara ma ije ebuchie ya, okwa ighotago, *before* ha chuoya na *room*. |
| OLUIGBO | *Yeah, okay* | *Yeah, okay.* |
| ORUCHE | Okay, bye, bye. Did you get the *tire*? | Okay, bye, bye. Inweteziri *tire* obu? |
| OLUIGBO | Man, *I didn't, the one* [ph]. *The one* I saw is 15. One of the ones I saw is 16. | Nna. *I didn't. The one* mhuru ahu iha bu *15*, one of the ones I saw bu *16*. |
| ORUCHE | I have been telling you to go that place to purchase *tire*. These things, some times [Voices overlap]. | Okwa anam agwa gig a na iha ga goro *tyre*. Umu iha, *some times* {Voices overlap]. |
| OLUIGBO | [U/I] it is *so much money*. | [U/I] bu so *much money*. |
| ORUCHE | [U/I] okay | [U/I] okay. |
| OLUIGBO | *You have to learn to conserve.* | *You have to learn to conserve.* |
| ORUCHE | Yeah, when it gets spoiled the next day, you consult [conserve] once again. | Yeah, tomorrow omebikwe gi consult [conserve] kwa. |
| OLUIGBO | Laughs, *okay.* | Laughs, *okay.* |

2

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORUCHE | The *tire* that is there has lasted for three years now. | *Tire* no ebahu anogo *three years now.* |
| OLUIGBO | [U/I] | [U/I] |
| ORUCHE | *You know*, if you put that, by tomorrow it's spoiled. Let me know if you *need new tires*. | *You know*, itinye nka tomorrow omebie, yaburu na e *need new tires* e gwam. |
| OLUIGBO | [U/I] *Okay* | [U/I] *Okay.* |
| ORUCHE | [U/I] You are preparing to *travel*. You are about to *travel*, you will have to work out more time to see how to *service the* [U/I]<br><br>[U/I] | [U/I] okwa ina acho e *travel.* Inacho kwa e travel,I egacho time, aga acho etu agaesi nwe *more time* mara otu aga esi service the [U/I]<br><br>[U/I] |
| OLUIGBO | I hope you understand. | Okwa ighotago. |
| ORUCHE | I don't know if you send it to Lexus people it will *cost* some money. | Amaghim ma ibuje ye ndi Lexus oga *cost* ego. |
| OLUIGBO | [U/I] it will *cost too much money.* | [U/I] oga *cost too much money.* |
| ORUCHE | *Yeah, normally the last time* I *serviced* it was *Lexus* that I took to them, but I change oil *every time*, you understand? | *Yeah, normally the last time* m service kwere o *Lexus* kam bujere ha, but anam echange mmanu *every time*, okwaighotago? |
| OLUIGBO | Yeah. *But the oil* that was *changed last* time, *the only thing is that the oil level was critically low* [Voices overlap], *so that's why* the light came on, *then after* I put oil in it, you understand, the light | Yeah. *But the oil* e chanjiri last time, *the only thing* bu *that the oil level was critically low* [Voices overlap], *so that's why the light came on.* Then after mtinyere ya mmanu na ime ya , ighotala, oku |

3

| **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| | went off. | apuo. |
| ORUCHE | [U/I] change [U/I] *almost a year now* [U/I] and *plugs* [Voices overlap]. | [U/I] change [U/I] *almost a year now* [U/I] and *plugs* [Voices overlap] |
| OLUIGBO | What it *needs* is what it needs is only is what is it called [U/I] *nut* | Ihe o need agwula ihe,o need agwula ihe em ele aha ya [U/I] *nut*. |
| ORUCHE | *Yeah* | *Yeah* |
| OLUIGBO | [U/I] *nut* is what it *needs, that's it.* | [U/I] nut ka o *need, that's it.* |
| ORUCHE | Yeah. [Voices overlap], do you know that..? | Yeah. [Voices overlap], imana eh? |
| OLUIGBO | What? | Ehe? |
| ORUCHE | *My side wall*, ehn? If I open it, *do you know I can use that* side to open *motor license* [Voices overlap]. | *My side wall*, eh? Mmepe ya, *do you know I can use that* side were mepe motor, iha, license [Voices overlap]. |
| OLUIGBO | It will not because the *zoning* on that area is a *residential*. | It will not because the *zoning* on that area is a *residential*. |
| ORUCHE | No, it is *residential because* [U/I] that commercial person. | Mba, obu *residential because* [U/I] onye commercial ahu. |
| OLUIGBO | *You have to convert the plot into multiple use for you to do that.* | *You have to convert the plot into multiple use for you to do that.* |
| ORUCHE | But the one next to me is *business*. | But nke no na nkonkom bu *business*. |
| OLUIGBO | *Yeah, but that area is residential they will not allow that.* | *Yeah, but that area is residential they will not allow that.* |

4

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| ORUCHE | I will ask some body about that, *but* em.[ph] | Ama aju kwa mmadu ihe ahu, *but* em [ph] |
| OLUIGBO | Yeah, you can ask some one, *but to me, I think that's how it, that is how that one has to be.* | Ya, inwere ike Iju mmade, *but to me, I think that's how it, that is how that one has to be.* |
| ORUCHE | [U/I] *any way* I said let me find out whether you are in the *office*. | [U/I] *any way* asim kan mara ma ino na *office*. |
| OLUIGBO | Yeah, I am in the *office*. | Yeah anom na *office*. |
| ORUCHE | Did some thing come in there yet? | Ome nke batara eba? |
| OLUIGBO | No, there has been nothing yet. | Mba, enwebeghe. |
| ORUCHE | Okay, man | Nna okay. |
| OLUIGBO | *Alright catch you.* | *Alright catch you.* |
| ORUCHE | *Bye, bye.* | *Bye, bye.* |
| OLUIGBO | *Bye* | *Bye.* |
| | [END OF RECORDING] | [END OF RECORDING] |