```
                    MONEY TRANSFER                   07/28/06        PAGE    241341

  MOCN9128682017OCITYBRONX                  NO-AGENTANY121071P-AGENTACH951413

    PAYEEREBECCA FOMUM                        SENDERNICOLE ORUCHE

  SNDR CC NUM                                QC SNDR ACCT

   PAYING CITY CHICAGO-GU                     PAYING STATE IL

 CALLING PHONE 7185153300
 7185153300 WMO BRONX NY 15 07-27 1441P EST
 GIS WMOX
 9128682017 CHICAGO IL
 ( 300.00) RPT ( 300.00)
 REBECCA FOMUM
 WILL CALL
 NICOLE\ORUCHE
 DYID=ACH951413 PRIN= 300.00
 MOD
 REC=292  KA98 MOM6 07/27/06 14:41:28 PM
 PAY=129 1RLA MOM6 07/28/06 11:27:46 AM
 SH/RET= 855 8054 TELV 07/28/06 11:01:54 AM
 SH/CHG= 855 8054 TELV 07/28/06 11:02:37 AM
 SH/W/C= 129 1RLA MOM6 07/28/06 11:25:58 AM
 CM/OP=855 8054 TELV SA ANI MTCH CHNG CITY FROM DETROIT MICHIGAN 07/28/06 11:02:
 37A
 _M/R2=129 1RLA MOM6 1\A510258734638\IL 07/28/06 11:27:46A
 CM/R5=129 1RLA MOM6 16435 STICKLE AVE\EAST POINTE\MI\48021\USA 07/28/06 11:27:4
 6A
 CM/R6=129 1RLA MOM6 3134618050 07/28/06 11:27:46A
 CHG: 4: MDCITY -DETROIT
 CHG: 5: MDSTZIP -MI
 (NICOLE\ORUCHE \3682 WHITE PLAINS ROAD \BRONX NY10467 REBECCA FOMUM \ CS\718515
 3300\292\O\QTED\ 329.99\\MOD ANY121071\7185153300\).
```

            This is a true copy from the records
            of the Money Transfer Processing Center,
       Custodian of Records, Western Union Financial Services.
                      BEST COPY AVAILABLE



Requestor=CMA,   Subpoena #=24984,   Locator #=21267526998



This is a true copy from the records of the Money Transfer Processing Center, Custodian of Records, Western Union Financial Services
BEST COPY AVAILABLE