MONEY TRANSFER                           07/28/06        PAGE        315444

MOCN4702750065OCITYBRONX                    NO-AGENTANY121071P-AGENTACH951413

   PAYEEREBECCA FOMUM                          SENDERNICOLE ORUCHE

 SNDR CC NUM                              QC SNDR ACCT

 PAYING CITY CHICAGO-GU                       PAYING STATE IL

CALLING PHONE 7185153300
7185153300 WMO BRONX NY 15 07-28 1122A EST
GIS WMOX
4702750065 CHICAGO IL
( 2000.00) RPT ( 2000.00)
REBECCA FOMUM
WILL CALL
NICOLE\ORUCHE
DYID=ACH951413 PRIN= 2000.00
MOD
REC=913 KA98 MOM6 07/28/06 11:22:47 AM
PAY=129 1RLA MOM6 07/28/06 11:33:52 AM
SH/W/C= 129 1RLA MOM6 07/28/06 11:31:16 AM
CM/S2=913 KA98 MOM6 3\635214587\NY/USA 07/28/06 11:22:47A
CM/R2=129 1RLA MOM6 1\A510258734638\MI 07/28/06 11:33:52A
CM/R5=129 1RLA MOM6 16435 STICKLE AVE\EAST POINTE\MI\48021\USA 07/28/06 11:33:5
2A
_M/R6=129 1RLA MOM6 3134618050 07/28/06 11:33:52A
(NICOLE\ORUCHE \3678 WHITE PLAINS RD \BRONX NY10467 REBECCA FOMUM \ CS\71851533
00\913\O\QTED\ 2119.99\\MOD ANY121071\7185153300\).


                  This is a true copy from the records
               of the Money Transfer Processing Center,
          Custodian of Records, Western Union Financial Services.
                       BEST COPY AVAILABLE


GOVERNMENT
EXHIBIT
32.2
S2 07 Cr. 124 (WHP) (ID)

Requestor=CMA,  Subpoena #=24984,  Locator #=21267526996

**WESTERN UNION**

Issued At:

111 CURRENCY EXCHANGE INC
111 EAST WACKER
CHICAGO, IL 60601

8331618932-1

82-40
1021

Money Transfer Receive

Check: 1 of 2

07/28/06

Pay to the Order of  REBECCA FOMUM

VOID AFTER 60 DAYS

The Sum of  One thousand & 00/100                                     Dollars  $ 1,000.00

Origin and File Date  BRONXNY1          07/28/06

Not good for more than $1,000

VOID IF ALTERED OR ERASED

Western Union Financial Services, Inc.
Issuer

By  Kimberly S. Patmore

Kimberly S. Patmore, Chief Financial Officer

Payable at Wells Fargo Bank Grand Junction
Downtown, N.A., Grand Junction, Colorado

Countersigned

⑆1021004001⑆  3548331618932 1⑈  ⑇00001000000⑇

This is a true copy from the records of the Money Transfer Processing
Center, Custodian of Records, Western Union Financial Services
BEST COPY AVAILABLE

Requestor=CMA,   Subpoena #=24984,   Locator #=21267526995

**WESTERN UNION**

Issued At:

III CURRENCY EXCHANGE INC
#11 EAST WACKER
CHICAGO IL 60601

8331618933-0

82-40
1021

Money Transfer Receive
Check: 2 of 2

Pay to the Order of    REBECCA FOMUM

The Sum of   One thousand & 00/100 ....................  Dollars   $ 1000.00

VOID AFTER 60 DAYS

Not good for more than $1,000

Origin and File Date   BRONX NY 1          07/28/06

VOID IF ALTERED OR ERASED

Western Union Financial Services, Inc.
Issuer

By   Kimberly S. Patmore, Chief Financial Officer

Payable at Wells Fargo Bank Grand Junction
Downtown, N.A., Grand Junction, Colorado

⑆1021001001⑆ 35483316189330⑈ ⑇0000100000⑇

This is a true copy from the records of the Money Transfer Processing
Center, Custodian of Records, Western Union Financial Services
BEST COPY AVAILABLE

```
AOSDSPC2      DISPLAY     Display Agent Security Information      6/16/08 10:

Account Number ANY121071                Agent Name NICOBI HEALTH & SURG EQUI
City Name        BRONX                  St or Prov New York

Bingo Sequence#   079027                Security ID
Spec Instructions

********************************** Name and IDs **********************************

Operator Last Name        Operator First Name        Oper ID
ORUCHE                    EMMANUEL                    EUO
Password Admin(APA) ? N   Operator Class             PCS Allow? N

Operator Last Name        Operator First Name        Oper ID
TOLENTINO                 MARIA                       292
Password Admin(APA) ? N   Operator Class             PCS Allow? N

********************************** Name and IDs **********************************

Operator Last Name        Operator First Name        Oper ID
OLUIGBO                   JOSEPH                      913
Password Admin(APA) ? N   Operator Class             PCS Allow? N


F3=Ex't     F5=Reload   F14=Gen Info    F15=Contacts    F16=Products
F17=B, .k Info   F18=Oper Hours  F19: juipment   F21=Compensation
```

GOVERNMENT
EXHIBIT
32.2
07 Cr. 124 (WHP)(ID)