Rebecca Fonuem #74423 05
MDC  P.O Box 329002
Brooklyn NY 11232
07/30/07

Jessy Furman
Southern District
Federal Court
500 Pearl st.

Dear Jessy Furman,

    I am sorry about the last proffer session I was not trying to waste your time, As prepared as I was I just could not get the words out or even remember all that I had planned to say. I had made efforts to get intouch with my lawyer by mail but it seems like he is not available right now. Please schedule one last 30mins meeting with me before you make you decision I think it will turn out the Best meeting we could have.

    Jessy, I understand this is really not your responsibility, Please, I cannot go back to Cameroon, I would die before I get there, All of these people blame me for everything, So whether decider your decision is to make me a cooperator or not My life is still in too much danger. I am writing because I have talked to you and I know and could feel that you are not really like other prosecutors based on other mates stories.

**3501-06**

Somehow in you I see compassion, I see sympathie, I see mercy and understanding. And I wish that some of that can rub off on me. Yes, I know you are not my mother or father, I should have known better, it is not your responsibility and it is not your job to protect me.

But please, I feel like I am going to suffer alot because I don't talk the way you expect or don't know as much as I should to gain your support. Please do not let it be so. Please don't let me suffer.

I know you prabably recieve numerous letters like this so I am not going to take too much of your time, but would beg you to seriously consider one last meeting with me. I feel like I was under some kind of evil spell. I would make sure I have better notes so there are no slips. I hope you understand how much I want to help you in this process, and if I can't, please, do not forget to remember how I tried and work some immigration issues out for me. please.

Have a nice day

Rebecca Fanum

N.B
I Remember information on what you asked about Joe and something about Ken.

74423053

Rebecca Fomum # 74423053
MDC P.O Box 329002
Brooklyn NY 11232

BROOKLYN NY 112
31 JUL 2007 PM 2 T

Not For Pro Se

Jessy Furman
Southern District
Federal Court
500 Pearl st
Ny, Ny, 10007

RECEIVED
AUG - 6 2007
PRO SE OFFICE

USM SDNY P3

RECEIVED
AUG - 6 2007
PRO SE OFFICE

LEGAL MAIL

10007+1316